**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY LYNNE FAUST,<br><br>        Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | No. SA CV13-01803-AS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 29, 2014.

                                      /s/_____
                                      ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE